UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRAVIS LOHR,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KELLOG JOINT SCHOOL DISTRICT, an Idaho Public school district; DAN DAVIDIAN, in his official capacity as Principal of Kellogg High School,<br><br>　　Defendant. | Case No. 2:23-cv-00350-BLW<br><br>**ORDER** |

Pursuant to the joint stipulation (Dkt. 11) and for good cause shown, the Telephonic Scheduling Conference previously scheduled for December 7, 2023, is continued until January 12, 2024, at 10:00 a.m. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Telephonic Scheduling Conference set for **December 7, 2023**, at **11:30 a.m.** is **VACATED.**

2. A new Telephonic Scheduling Conference shall be set for **January 12, 2024**, at **10:00 a.m.**

3. **Plaintiff** must initiate the conference call by placing it to (208) 334-9145

**ORDER - 1**

and must have all appropriate parties on the line.

4. On or before **January 5, 2024**, the parties must file with the Court the joint Litigation and Discovery Plan.

DATED: November 17, 2023

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**